

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00351-CV

| | | |
|---|---|---|
| Capitol Wireless, LP and Eyesight Management, LLC | § | From the 236th District Court |
| | § | of Tarrant County (236-252199-11) |
| v. | § | July 24, 2014 |
| XTO Energy, Inc. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Capitol Wireless, LP and Eyesight Management, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier